### IN THE MATTER OF PEKOR.

(SUPREME COURT DISCIPLINARY NO. 19)

BOWLES, Justice.

The findings of fact and recommendation of the State Disciplinary Board are not contested by respondent. The findings of fact are supported by the evidence. Accordingly, we adopt the recommendation of discipline of the State Disciplinary Board and it is ordered that Charles B. Pekor, Jr. be suspended from membership in the State Bar of Georgia and from the practice of law in this state for a period of two years.

*All the Justices concur.*

DECIDED OCTOBER 17, 1979.

Charles B. Pekor, Jr., *pro se.*
*Omer W. Franklin, Jr., General Counsel State Bar, James E. Spence, Jr., Assistant General Counsel State Bar, Robert H. Davis, Jr., Assistant General Counsel State*

*Bar,* for State Bar of Georgia.